# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ERNEST GODFREY LOGAN, JR.,

Plaintiff(s)/Petitioner(s)

v.

M.T.A., ETC.,

Defendant(s)/Respondent(s)

Case No. CV 25-9140-PA(E)

**ORDER RE: REPORT AND RECOMMENDATION ON REQUEST TO PROCEED *IN FORMA PAUPERIS***

CIVIL RIGHTS, HABEAS, AND SOCIAL SECURITY

The Court has reviewed the Report and Recommendation prepared by the United States Magistrate Judge on Plaintiff(s)'/Petitioner(s)' Request to Proceed *In Forma Pauperis* and the documents submitted with the IFP Request. The Court:

☒ accepts the findings, conclusions and recommendations of the Magistrate Judge.
☐ rejects the findings, conclusions and recommendations of the Magistrate Judge.
☐ _____, the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Request to Proceed *In Forma Pauperis* is:

☐ **DENIED**. Plaintiff/Petitioner must pay the filing fees in full within 30 days of this order.
☒ **DENIED**. This case is DISMISSED    ☐ with prejudice. ☒ without prejudice. **(JS-6).**
☐ **DENIED**, with leave to amend ☐ the IFP application ☐ the complaint/petition within 30 days.
  If Plaintiff/Petitioner fails to submit the required documents within 30 days, this case will be dismissed.
☐ **GRANTED**.
☐ **GRANTED**. **IT IS FURTHER ORDERED** that:
  In accordance with 28 U.S.C. § 1915, the prisoner-Plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $_____ must be paid within 30 days of this Order. Thereafter, monthly payments must be forwarded to the Court in accordance with 28 U.S.C. § 1915(b)(2). Failure to pay the filing fee, as ordered, may result in dismissal of the case.
☐ **GRANTED;**
  ☐ the Court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B) and, if applicable, § 1915A.
  ☐ the Court will screen the petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

☐ Other:

Dated: October 18, 2025

By: /s/ Percy Anderson
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

CV-73OR 9/25    Order Re: Report and Recommendation on Request to Proceed *In Forma Pauperis*
(Civil Rights, Habeas, and Social Security)